UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEWART TITLE GUARANTY COMPANY, a Texas Corporation,

Plaintiff,

vs. Case No. 2:04-cv-316-FtM-29DNF

TITLE DYNAMICS, INC., a Florida Corporation, and PRINCE BROTHERS, INC., an Alabama Corporation f/k/a PRINCE BROTHERS, INC. d/b/a ONLINETITLE.NET,

Defendants.
_____________________________________/

# ORDER

This matter comes before the Court on review of the file. The Court notes that an Amended Complaint (Doc. #18) was filed on July 2, 2004. Therefore, defendants' Motion to Dismiss Counts IV-VII (Doc. #19), filed on July 2, 2004, will be denied as moot.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

Defendants' Motion to Dismiss Counts IV-VII (Doc. #19) is **DENIED** as moot.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 19th day of October, 2004.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
All parties of record