UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

STEWART TITLE GUARANTY COMPANY, a
Texas Corporation,

          Plaintiff,

vs.                      Case No.  2:04-cv-316-FtM-33SPC

TITLE DYNAMICS, INC., a Florida
Corporation, and PRINCE BROTHERS,
INC., an Alabama Corporation f/k/a
PRINCE BROTHERS, INC. d/b/a
ONLINETITLE.NET,

          Defendants.
_____/

## ORDER

This matter is before the Court on consideration of United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #156), filed on July 21, 2005, recommending that Plaintiff's Motion to Strike Certain Affirmative Defenses (Doc. #130) be granted in part and denied in part. No party has filed an objection to the report and recommendation.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge, and the recommendation of the magistrate judge regarding the motion.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #156) is **ACCEPTED** and **ADOPTED**.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 29th day of August, 2005.

*(signature)*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record